441 A.2d 775

Commonwealth v. Lee, Jr., Appellant.

Submitted March 16, 1981.   Donald Calaiaro, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.